WOOD, SMITH, HENNING & BERMAN LLP
DAVID F. WOOD #68063
dwood@wshblaw.com
10960 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90024
Telephone; (310) 481-7601
Facsimile: (310) 481-7650

GARDERE WYNNE SEWELL LLP
SCOTT L. DAVIS TX #05547030
 (*pending pro hac vice application*)
sdavis@gardere.com
MATTHEW J. SCHROEDER TX # 00791619
 (*pending pro hac vice application*)
mschroeder@gardere.com
COLIN G. MARTIN TX # 24013105
 (*pending pro hac vice application*)
cmartin@gardere.com
1601 Elm Street, Suite 3000
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

Attorneys for Plaintiff
Chartis Specialty Insurance Company

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation, for itself and as subrogee of Whittaker Corporation; and WHITTAKER CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. CV 13-01527 EMC<br><br>**[P~~ROPO~~SED] ORDER RE JOINT STIPULATION RE PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANT'S MOTION TO DISMISS** |

The Court has considered the Parties' **JOINT STIPULATION RE PLAINTIFFS' AMENDED COMPLAINT AND DEFENDANT'S MOTION TO DISMISS** and, finding good cause, hereby enters the following Order pursuant to Local Rule 7-12:

A.  <u>Plaintiffs' Amended Complaint</u>

   a. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs shall file an Amended Complaint to clarify Chartis Specialty Insurance Company's ("Chartis") direct claim under CERCLA section 107 and to add, in the alternative, a claim under CERCLA section 112. Whittaker Corporation ("Whittaker") shall not amend its claims in the Amended Complaint, except that Chartis and Whittaker shall not include the CERCLA section 113 claims that were previously dismissed without prejudice. The United States' consent to Plaintiffs' Amended Complaint shall not be construed as an admission that the United States agrees that any of Plaintiffs' claims or proposed claims are legally valid, and shall not prejudice the United States' rights to oppose such claims in future proceedings.

   b. Plaintiffs' Amended Complaint shall be filed within five (5) days of the entry of this Order.

   c. The United States shall answer or otherwise respond to Plaintiffs' Amended Complaint within fourteen (14) days of the filing of the Plaintiffs' Amended Complaint.

IT IS SO ORDERED.

DATED: April 18, 2013

_____
Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*