PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK E. ELLIOTT #157759
mark.elliott@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100 / Facsimile: (213) 629-1033

**Attorneys for Plaintiff, WHITTAKER CORPORATION**

WOOD, SMITH, HENNING & BERMAN LLP
DAVID F. WOOD #68063
dwood@wshblaw.com
10960 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90024
Telephone; (310) 481-7601 / Facsimile: (310) 481-7650

GARDERE WYNNE SEWELL LLP
SCOTT L. DAVIS TX #05547030
 (pending pro hac vice application)
sdavis@gardere.com
MATTHEW J. SCHROEDER TX # 00791619
 (pending pro hac vice application)
mschroeder@gardere.com
COLIN G. MARTIN TX # 24013105
 (pending pro hac vice application)
cmartin@gardere.com +
1601 Elm Street, Suite 3000
Dallas, TX 75201
Telephone: (214) 999-3000 / Facsimile: (214) 999-4667

**Attorneys for Plaintiff, CHARTIS SPECIALTY INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation, for itself and as subrogee of Whittaker Corporation; and WHITTAKER CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. CV-13-01527-EMC<br><br>Honorable Edward M. Chen<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION RE DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

60192503lv1 — - 1 - — [PROPOSED] ORDER RE JOINT STIPULATION RE DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE
Case No. CV-13-01527-EMC

The Court has considered the Parties' **JOINT STIPULATION RE DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** and, finding good cause, hereby orders that the following briefing schedule shall apply to Defendant United States of America's ("United States") planned motion to dismiss Plaintiffs' First Amended Complaint:

| | |
|---|---|
| May 7, 2013 | United States will file motion to dismiss |
| May 24, 2013 | Chartis and Whittaker opposition briefs due |
| June 6, 2013 | United States' reply briefs due |
| June 20, 2013 | Noticed date for hearing on motion to dismiss |

The Court further orders that the Case Management Conference, currently set for July 11, 2013, at 9:00 a.m., in the above-captioned court, shall be continued to July 25, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: April 29, 2013



_____
Judge Edward M. Chen
UNITED STATES DISTRICT JUDGE