1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   MARK E. ELLIOTT #157759
2  mark.elliott@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
3  Los Angeles, CA  90017-5406
   Telephone: (213) 488-7100 / Facsimile: (213) 629-1033
4
   **Attorneys for Plaintiff, WHITTAKER CORPORATION**
5
   WOOD, SMITH, HENNING & BERMAN LLP
6  DAVID F. WOOD #68063
   dwood@wshblaw.com
7  10960 Wilshire Boulevard, 18th Floor
   Los Angeles, CA 90024
8  Telephone; (310) 481-7601 / Facsimile: (310) 481-7650

9  GARDERE WYNNE SEWELL LLP
   SCOTT L. DAVIS TX #05547030
10   (pending pro hac vice application)
   sdavis@gardere.com
11 MATTHEW J. SCHROEDER TX # 00791619
     (pending pro hac vice application)
12 mschroeder@gardere.com
   COLIN G. MARTIN TX # 24013105
13   (pending pro hac vice application)
   cmartin@gardere.com +
14 1601 Elm Street, Suite 3000
   Dallas, TX 75201
15 Telephone: (214) 999-3000 / Facsimile: (214) 999-4667

16 **Attorneys for Plaintiff, CHARTIS SPECIALTY INSURANCE COMPANY**

17
18                     UNITED STATES DISTRICT COURT
19                    NORTHERN DISTRICT OF CALIFORNIA
20                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 21  CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation, for itself and as subrogee of Whittaker Corporation; and WHITTAKER CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. CV-13-01527-EMC<br><br>Honorable Edward M. Chen<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION RE DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

The Court has considered the Parties' **JOINT STIPULATION RE DEFENDANT'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** and, finding good cause, hereby orders that the following briefing schedule shall apply to Defendant United States of America's ("United States") planned motion to dismiss Plaintiffs' First Amended Complaint:

| | |
|---|---|
| May 7, 2013 | United States will file motion to dismiss |
| May 24, 2013 | Chartis and Whittaker opposition briefs due |
| June 6, 2013 | United States' reply briefs due |
| June 20, 2013 | Noticed date for hearing on motion to dismiss |

The Court further orders that the Case Management Conference, currently set for July 11, 2013, at 9:00 a.m., in the above-captioned court, shall be continued to July 25, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: April 29, 2013



_____
UNITED STATES DISTRICT JUDGE