# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY and WHITTAKER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. CV-13-01527-EMC<br><br>[PR~~OPOS~~ED] ORDER GRANTING UNITED STATES' REQUEST TO FILE STATEMENT OF RECENT DECISION<br><br>Date:      June 21, 2013<br>Time:     1:30 p.m.<br>Location: Courtroom 5, 17th Floor<br>Judge:    Hon. Edward M. Chen |

The Court has considered the United States of America's request to file a Statement of Recent Decision regarding the disposition by the United States Court of Appeals for the Ninth Circuit in <u>Chubb Custom Ins. Co. v. Space System/Loral, Inc.</u>, Ninth Circuit Docket No. 11-16272. The Court hereby grants the United States' request and shall consider the Statement of Recent Decision to be filed. No response to the Statement of Recent Decision shall be made.

IT IS SO ORDERED.

Dated: July _16_, 2013

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*[Seal: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court, Northern District of California]*