1  DAVID F. WOOD (SBN 68063)
   dwood@wshblaw.com
2  GREGORY P. ARAKAWA (SBN 159023)
   garakawa@wshblaw.com
3  Wood, Smith, Henning & Berman LLP
   10960 Wilshire Boulevard, 18th Floor
4  Los Angeles, California 90024-3804
   Phone: 310-481-7600    Fax: 310-481-7650
5

6  SCOTT L. DAVIS (TX SBN 05547030 (admitted *pro hac vice*)
   sdavis@gardere.com
7  MATTHEW J. SCHROEDER (TX SBN 00791619 (admitted *pro hac vice*)
   mschroeder@gardere.com
8  COLIN G. MARTIN (TX SBN 24013105 (admitted *pro hac vice*)
   cmartin@gardere.com
9  Gardere Wynne Sewell LLP
   1601 Elm Street, Suite 3000
10 Dallas, TX 75201
   Phone: (214) 999-3000 / Fax: (214) 999-4667
11
   Attorneys for Plaintiff, CHARTIS SPECIALTY INSURANCE COMPANY
12

13              **UNITED STATES DISTRICT COURT**

14         **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

15

| 16 CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation, for itself 17 and as subrogee of Whittaker Corporation; and WHITTAKER CORPORATION, a Delaware 18 corporation, | Case No. 3:13-CV-01527-EMC  **JOINT STIPULATION TO EXTEND DEADLINE TO SERVE RULE 26(A) INITIAL DISCLOSURES; [PROPOSED] ORDER** |
|---|---|
| 19           Plaintiff, | Complaint Filed:  12/10/2012 |
| 20           v. | [Assigned for All Purposes to Hon. Edward M. Chen, Ctrm. 5 – 17th Floor] |
| 21 UNITED STATES OF AMERICA, | |
| 22           Defendant. | Trial Date:          None Set |

23
24
25
26
27
28

-1-                                                3:13-CV-01527-EMC
JOINT STIPULATION TO EXTEND DEADLINE TO SERVE RULE 26(A) INITIAL DISCLOSURES;
[PROPOSED] ORDER

# JOINT STIPULATION TO EXTEND DEADLINE
# TO SERVE RULE 26 DISCLOSURES

This stipulation is entered into by Plaintiffs Chartis Specialty Insurance Company ("Chartis") and Whittaker Corporation ("Whittaker"), and Defendant United States of America ("United States") (collectively, the "Parties") to extend the deadline to serve Rule 26(a) initial disclosures. On July 2, 2013, the Parties held their Federal Rule 26(f) conference in advance of the currently-scheduled July 25, 2013 Case Management Conference. Because of the July 4 holiday and the time involved with the parties' cooperative efforts to prepare the required Joint Case Management Statement due on July 18, 2013, the Parties agreed and stipulated during the July 2nd conference that they would have through and until July 23, 2013 to make their respective Rule 26(a) initial disclosures. Accordingly, the Parties ask the Court to enter the proposed Order submitted herewith granting such relief.

DATED: July 16, 2013     GARDERE WYNNE SEWELL LLP


By: /s/ Matthew J. Schroeder
    Matthew J. Schroeder
Attorneys for Plaintiff, CHARTIS SPECIALTY INSURANCE COMPANY


DATED: July 16, 2013     PILLSBURY WINTHROP SHAW PITTMAN LLP


By: /s/ Stacey C. Wright
    Stacey C. Wright
Attorneys for Plaintiff, WHITTAKER CORPORATION

| | | |
|---|---|---|
| 1 | DATED: July 16, 2013 | ROBERT G. DREHER |
| 2 | | Acting Assistant Attorney General |
| | | Environment & Natural Resources Division |

By:  /s/ C. Scott Spear
             Michael C. Augustini
             John Thomas H. Do
             C. Scott Spear
Attorneys for Defendant, UNITED STATES OF AMERICA

1 **[PROPOSED] ORDER**

2 The Court has considered the Parties' Joint Stipulation to Extend Deadline to Serve Rule 26(a) Disclosures and, finding good cause, hereby orders that the deadline for the Parties to serve their Rule 26(a) initial disclosures shall be July 23, 2013.

5 **IT IS SO ORDERED.**

6 Dated: 7/18/13



_____
Chen
District Judge