1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION
11
12  CHARTIS SPECIALTY                )  Case No. CV-13-10527-EMC
    INSURANCE COMPANY, an Illinois   )
13  corporation, for itself and as subrogee ) Honorable Edward M. Chen
    of Whittaker Corporation; and    )
14  WHITTAKER CORPORATION, a         )  **[PROPOSED] ORDER**
    Delaware corporation,            )  **REGARDING ALTERNATIVE**
15                                   )  **DISPUTE RESOLUTION**
                     Plaintiff,      )
16                                   )
        vs.                          )
17                                   )
    UNITED STATES OF AMERICA,        )
18                                   )
                     Defendant.      )
19                                   )
20
21
22
23
24
25
26
27
28

1   Having reviewed the stipulation and the file and pleadings at issue
2   herein, the COURT HEREBY ORDERS the parties to participate in a
3   settlement conference before a magistrate judge to be identified by this Court
4   on the issue of liability under CERCLA and, potentially, a preliminary
5   allocation of any such liability.  This settlement conference shall ~~occur after~~
6   ~~May 1, 2014.~~ by 5/15/14. Further CMC reset for 6/5/14 at 10:30 a.m.
7   PURSUANT TO STIPULATION, IT IS SO ORDERED.

8
9   DATED this __1st__ day of _____April_____, 20__
10
11   _____
12   Honorable
    United St
13
    Judge Edward M. Chen



IT IS SO ORDERED AS MODIFIED

Proposed Order.docx           - 2 -           Case No. CV-13-10527-EMC
[PROPOSED] ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION