PILLSBURY WINTHROP SHAW PITTMAN LLP
REYNOLD L. SIEMENS #177956
reynold.siemens@pillsburylaw.com
MARK E. ELLIOTT #157759
mark.elliott@pillsburylaw.com
CAROLINE L. PLANT #247358
corrie.plant@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

AMY E. GAYLORD # 217553
amy.gaylord@pillsburylaw.com
Four Embarcadero Center, Suite 2200
San Francisco, CA 94111-5998
Telephone: (413) 983-1000
Facsimile: (413) 983-1200

Attorneys for Plaintiff
WHITTAKER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation, for itself and as subrogee of Whittaker Corporation; and WHITTAKER CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. CV-13-01527-EMC<br>Honorable Edward M. Chen<br><br>**PLAINTIFF WHITTAKER CORPORATION'S REQUEST FOR PERMISSION FOR CLIENT REPRESENTATIVE TO PARTICIPATE BY TELEPHONE AT SETTLEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Settlement Conf. Date: December 10, 2014<br>Time: 10:00 a.m.<br>Magistrate Judge: Hon. Maria-Elena James |

602405461v1

PLAINTIFF WHITTAKER CORPORATION'S REQUEST FOR PERMISSION FOR CLIENT REPRESENTATIVE TO PARTICIPATE BY TELEPHONE AT SETTLEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. CV-13-01527-EMC

1  TO JUDGE CHEN AND ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3      Plaintiff Whittaker Corporation (Whittaker) hereby requests permission of the Court
4  for its representative, Eric Lardiere, to participate telephonically in the December 10, 2014
5  Settlement Conference before Magistrate Judge Maria-Elena James. Good cause exists for
6  Whittaker to make this request.
7      Mr. Lardiere is the President of Whittaker and is the person at Whittaker responsible
8  for, and most familiar with, this litigation. Unfortunately, Mr. Lardiere has had an
9  unmovable conflict arise wherein he is obligated to host a company function for
10 Whittaker's parent company in the early afternoon on December 10, 2014. Because Mr.
11 Lardiere's office is located in Southern California, he cannot attend the Settlement
12 Conference in person and participate in his conflicting obligation. However, given Mr.
13 Lardiere's involvement in this case to date and the importance to the company of this
14 settlement conference, it is the company's preference that Mr. Lardiere participate.
15 Accordingly, Whittaker respectfully requests leave of Court for Mr. Lardiere to participate
16 in the December 10, 2014 Settlement Conference by telephone.
17
18 Dated: November 21, 2014      PILLSBURY WINTHROP SHAW PITTMAN LLP
       REYNOLD L. SIEMENS
19     MARK E. ELLIOTT
       AMY E. GAYLORD
20     CAROLINE L. PLANT
21
22     By:   */s/ Mark E. Elliott*
           Mark E. Elliott
23     Attorneys for Plaintiff
       WHITTAKER CORPORATION
24
25
26
27
28

602405461v1     - 1 -     PLAINTIFF WHITTAKER CORPORATION'S REQUEST FOR PERMISSION FOR CLIENT REPRESENTATIVE TO PARTICIPATE BY TELEPHONE AT SETTLEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. CV-13-01527-EMC

**[PROPOSED] ORDER**

Having considered the request submitted by Plaintiff Whittaker Corporation for the telephonic participation at the December 10, 2014 Settlement Conference in the above-captioned matter by its company representative, Eric Lardiere, IT IS HEREBY ORDERED AS FOLLOWS:

Good cause exists to grant Whittaker's request. Mr. Lardiere may appear telephonically at the December 10, 2014 Settlement Conference. Whittaker shall coordinate with Magistrate Judge James' clerk to facilitate this telephonic participation.

DATED: _____, 2014



_____
The Honorable Maria-Elena James
Judge of the United States District Court
Northern District of California

Dated:   11/24/2014

```
Plaintiff's request is DENIED without prejudice. Plaintiff may
resubmit their request as a stipulation signed by all parties.
Due to the importance and involvement of the company representative
Mr. Eric Lardiere, the Court believes all must be in agreement to
allow him to appear by telephone at the conference.  It is not
clear to the Court whether Mr. Lardiere would only be available
until early afternoon, or whether he would be available the entire
time of the settlement conference.  If Mr. Lardiere cannot make
himself available by phone until the end of the settlement
conference then the Court is willing to continue the settlement.
The parties shall advise the Court by calling the Courtroom
Deputy Rose Maher at 415-522-4708 and advise what they wish to do.
```

602405461v1

- 2 -

PLAINTIFF WHITTAKER CORPORATION'S REQUEST FOR
PERMISSION FOR CLIENT REPRESENTATIVE TO PARTICIPATE
BY TELEPHONE AT SETTLEMENT CONFERENCE AND
[PROPOSED] ORDER
Case No. CV-13-01527-EMC