PILLSBURY WINTHROP SHAW PITTMAN LLP
REYNOLD L. SIEMENS #177956
reynold.siemens@pillsburylaw.com
MARK E. ELLIOTT #157759
mark.elliott@pillsburylaw.com
CAROLINE L. PLANT #247358
corrie.plant@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

PILLSBURY WINTHROP SHAW PITTMAN LLP
AMY E. GAYLORD # 217553
amy.gaylord@pillsburylaw.com
Four Embarcadero Center, Suite 2200
San Francisco, CA 94111-5998
Telephone: (413) 983-1000
Facsimile: (413) 983-1200

Attorneys for Plaintiff
WHITTAKER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation, for itself and as subrogee of Whittaker Corporation; and WHITTAKER CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. CV-13-01527-EMC<br>Honorable Edward M. Chen<br><br>**[~~PROPOSED~~] STIPULATED ORDER REGARDING CONTINUANCE OF JANUARY 22, 2015 CASE MANAGEMENT CONFERENCE**<br><br>Date: January 22, 2015<br>Time: 10:30 a.m.<br>Dept: Courtroom 5<br>Magistrate Judge: Hon. Maria-Elena James |

## STIPULATION

The parties hereby stipulate and agree, subject to approval of the Court, as follows with regard to the currently scheduled Further Case Management Conference on January 22, 2015 in the above-captioned matter:

WHEREAS, the parties appeared for a Further Case Management Conference on November 13, 2013.

WHEREAS, on April 1, 2014 the Court issued an Order referring the case to Magistrate Judge James for settlement discussions. *See* ECF 97.

WHEREAS, on May 2, 2014 the parties participated in a settlement conference before Magistrate Judge James. Per the Court's Minute Entry, the parties were to return for a further settlement conference. *See* ECF 98.

WHEREAS, on June 5, 2014, the parties attended a Further Case Management Conference and the parties were directed to schedule a further settlement conference with Magistrate Judge James to be completed by December 12, 2014. A Further Case Management Conference was set for January 8, 2015 following completion of the further settlement conference. *See* ECF 102.

WHEREAS, Magistrate Judge James issued an order scheduling the further settlement conference for December 10, 2014. *See* ECF 104.

WHEREAS, on December 4, 2014, due to Magistrate Judge James' unexpected unavailability, the Court issued a Clerk's Notice advising that the further settlement conference scheduled for December 10, 2014 was vacated. *See* ECF 117.

WHEREAS, on December 19, 2014, the Court issued a Clerk's Notice re-scheduling the further settlement conference for January 26, 2015. *See* ECF 121.

WHEREAS, on December 2, 2014, the Court issued a Clerk's Notice resetting the Further Case Management Conference to January 22, 2015.

WHEREAS, due to the calendar availability of Magistrate Judge James (to host the further settlement conference) and the availability of the parties, the further settlement conference is not scheduled to occur until a date shortly after the Further Case Management Conference on January 22, 2015.

WHEREAS, the parties believe it would be beneficial to complete the further settlement conference before appearing for the Further Case Management Conference.

Therefore, the parties stipulate and agree and respectfully request the Court to issue an order continuing the Further Case Management Conference to a date convenient for the Court after January 26, 2015.

SO STIPULATED:

Dated: December 29, 2014.

                GARDERE WYNNE SEWELL LLP
                MATTHEW J. SCHROEDER
                1601 Elm Street, Suite 3000
                Dallas, Texas 75201


By:    */s/ Matthew J. Schroeder*
        Matthew J. Schroeder
        Attorneys for Plaintiff
        CHARTIS SPECIALTY INSURANCE COMPANY

Dated: December 29, 2014.

                PILLSBURY WINTHROP SHAW
                PITTMAN LLP
                MARK E. ELLIOTT
                725 South Figueroa Street, Suite 2800
                Los Angeles, CA  90017-5406

                By:   */s/ Mark E. Elliott*
                         Mark E. Elliott
                    Attorneys for Plaintiff
                    WHITTAKER CORPORATION

Dated: December 29, 2014.

                U.S. DEPARTMENT OF JUSTICE,
                ENVIRONMENTAL DEFENSE SECTION
                C. SCOTT SPEAR
                P.O. Box 7611
                Washington, D.C. 20044

                By:   */s/ C. Scott Spear*
                         C. Scott Spear
                    Attorneys for Defendant
                    UNITED STATES OF AMERICA

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Further CMC is reset from 1/22/15 to 2/12/15 at 10:30 a.m.  An updated joint CMC statement shall be filed by 2/5/15.

Dated: ~~December ___, 2014~~ January 5, 2015

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

_____
HONORABLE ~~MARIA-ELENA JAMES~~ Edward M. Chen
~~UNITED STATES MAGISTRATE JUDGE~~
~~NORTHERN DISTRICT COURT OF CALIFORNIA~~

602438067v1

- 4 -

[PROPOSED] STIPULATED ORDER RE CONTINUANCE OF JAN. 22, 2015 CMC
Case No. CV-13-01527-EMC