**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARTIS SPECIALTY INSURANCE,

        Plaintiff(s),

     v.

UNITED STATES OF AMERICA,

        Defendant(s).

_____/

No. C13-01527 EMC (MEJ)

**NOTICE AND ORDER SETTING
FURTHER SETTLEMENT
CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

     You are hereby notified that a **Further** Settlement Conference is scheduled for **August 4, 2015, at 10:00 a.m.**, in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  Updated confidential settlement conference statements shall be **lodged** with the Court by **July 27, 2015.**  Each party shall also submit their updated statements in :pdf format and email their statement to:  **MEJPO@cand.uscourts.gov**

     Lead trial counsel shall appear at the Settlement Conference with the parties and persons having unlimited authority to negotiate and settle the case.

     The parties shall notify the undersigned's Courtroom Deputy, Rose Maher immediately at (415) 522-4708 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

     IT IS SO ORDERED.

Dated:  January 26, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge