PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK E. ELLIOTT #157759
mark.elliott@pillsburylaw.com
CAROLINE L. PLANT #247358
corrie.plant@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

PILLSBURY WINTHROP SHAW PITTMAN LLP
AMY E. GAYLORD # 217553
amy.gaylord@pillsburylaw.com
Four Embarcadero Center, Suite 2200
San Francisco, CA 94111-5998
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Plaintiff
WHITTAKER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY, an Illinois corporation, for itself and as subrogee of Whittaker Corporation; and WHITTAKER CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. CV-13-01527-EMC<br>Honorable Edward M. Chen<br><br>**[PROPOSED] STIPULATED ORDER EXTENDING WHITTAKER'S DEADLINE TO RESPOND FOR ALL PENDING DISCOVERY AND DEFENDANT U.S.A.'S DEADLINE TO SEEK DISCOVERY RELIEF THERETO** |

602647423v1 - 1 -

[PROPOSED] STIPULATED ORDER EXTENDING
WHITTAKER'S DEADLINE TO RESPOND AND U.S.A.'S
DEADLINE TO SEEK DISCOVERY RELIEF
Case No. CV-13-01527-EMC

## STIPULATION

Plaintiff Whittaker Corporation ("Whittaker") and Defendant United States of America (collectively the "Parties") hereby enter into this stipulation ("Stipulation") and agree that Whittaker's deadline to respond to Defendant's pending written discovery requests will be extended to Monday, June 8, 2015. The currently pending discovery requests encompassed by this stipulation are: Defendant's Second Set of Requests for Admission to Plaintiff Whittaker Corporation served on April 24, 2015, Defendant's Third Set of Requests for Admission to Plaintiff Whittaker Corporation served on April 29, 2015, Defendant's Third Set of Requests for Production to Plaintiff Whittaker Corporation served on April 29, 2015, and Defendant's Third Set of Interrogatories to Plaintiff Whittaker Corporation served on April 29, 2015 (collectively, "Covered Discovery").

Because this extension will result in service of Whittaker's responses to the Covered Discovery being served after the May 29, 2015 fact discovery cut-off, to accommodate Local Rule Civ. 37-3, the Parties agree and seek Court approval to extend Defendant's deadline to seek discovery relief from the Court pursuant to Judge Chen's Civil Standing Order on Discovery until seven (7) days after Whittaker serves its responses, or until June 15, 2015.

NOW, THEREFORE, the Parties stipulate, by and through their undersigned counsel of record, as follows:

1. Whittaker shall respond to the Covered Discovery no later than June 8, 2015, and

2. Defendant may seek any necessary discovery relief from the Court pursuant to Judge Chen's Civil Standing Order on Discovery no later than seven (7) days after Plaintiff serves its responses, or no later than June 15, 2015.

IT IS SO STIPULATED:

//

//

602647423v1 — - 2 -

[PROPOSED] STIPULATED ORDER EXTENDING WHITTAKER'S DEADLINE TO RESPOND AND U.S.A.'S DEADLINE TO SEEK DISCOVERY RELIEF
Case No. CV-13-01527-EMC

Dated: May 26, 2015.

PILLSBURY WINTHROP SHAW PITTMAN LLP
MARK E. ELLIOTT
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

By:   /s/ Mark E. Elliott
        Mark E. Elliott
      Attorneys for Plaintiff
      WHITTAKER CORPORATION

Dated: May 26, 2015.

U.S. DEPARTMENT OF JUSTICE,
ENVIRONMENTAL DEFENSE SECTION
C. SCOTT SPEAR
P.O. Box 7611
Washington, D.C. 20044

By:   /s/ C. Scott Spear
        C. Scott Spear
      Attorneys for Defendant
      UNITED STATES OF AMERICA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 26, 2015



_____
HONORABLE
JUDGE
NORTHERN DISTRICT OF CALIFORNIA