1 | GARDERE WYNNE SEWELL LLP
SCOTT L. DAVIS TX #05547030
2 | (pro hac vice)
3 | sdavis@gardere.com
MATTHEW J. SCHROEDER TX # 00791619
4 | (pro hac vice)
mschroeder@gardere.com
5 | COLIN G. MARTIN TX # 24013105
(pro hac vice)
6 | cmartin@gardere.com
7 | 1601 Elm Street, Suite 3000
Dallas, TX 75201
8 | Telephone: (214) 999-3000/Facsimile: (214) 999-4667

9 | WOOD, SMITH, HENNING & BERMAN LLP
DAVID F. WOOD #68063
10 | dwood@wshblaw.com
GREGORY P. ARAKAWA #159023
11 | garakawa@wshblaw.com
1401 Willow Pass Road, Suite 700
12 | Concord, CA 94520-7982
Telephone: (925) 222-3400/Facsimile: (925) 356-8250
13
Attorneys for Plaintiff
14 | Chartis Specialty Insurance Company

15

16 | **UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17 | **SAN FRANCISCO DIVISION**

18

19 | CHARTIS SPECIALTY INSURANCE ) Case No. CV-13-01527-EMC (MEJ)
COMPANY, an Illinois corporation, for )
20 | itself and as subrogee of Whittaker ) [~~PROP~~OSED] STIPULATED
Corporation; and WHITTAKER ) ORDER EXTENDING CHARTIS
21 | CORPORATION, a Delaware corporation, ) SPECIALTY INSURANCE
) COMPANY'S DEADLINE TO
22 | *Plaintiffs*, ) RESPOND TO ALL PENDING
) DISCOVERY AND DEFENDANT
23 | v. ) UNITED STATES OF AMERICA'S
) DEADLINE TO SEEK DISCOVERY
24 | UNITED STATES OF AMERICA, ) RELIEF
)
25 | *Defendant*. )
)

26

27

28

[PROPOSED] STIPULATED ORDER EXTENDING CHARTIS SPECIALTY INSURANCE
COMPANY'S DEADLINE TO RESPOND AND UNITED STATES OF AMERICA'S
DEADLINE TO SEEK DISCOVERY RELIEF
(CASE NO. CV-13-01527-EMC (MEJ))

## STIPULATION

Plaintiff Chartis Specialty Insurance Company, n/k/a AIG Specialty Insurance Company ("AIG Specialty"), and Defendant United States of America (collectively, the "Parties") hereby enter into this stipulation ("Stipulation") and agree that AIG Specialty's deadline to respond to Defendant's pending written discovery requests will be extended to Friday, June 12, 2015. The currently pending discovery requests encompassed by this stipulation are: Defendant United States of America's Second Request for Production of Documents Directed to Plaintiff AIG Specialty Insurance Company f/k/a Chartis Specialty Insurance Company served on April 29, 2015, and Defendant United States of America's Interrogatories Directed to Plaintiff AIG Specialty Insurance Company f/k/a Chartis Specialty Insurance Company served on April 29, 2015 (collectively, "Pending Discovery").

Because this extension will result in AIG Specialty's response to the Pending Discovery being served after the May 29, 2015 fact discovery cut-off date, to accommodate Local Rule Civ. 37-3, the Parties agree and seek Court approval to extend Defendant's deadline to seek discovery relief from the Court pursuant to Judge Chen's Civil Standing Order on Discovery until seven (7) days after AIG Specialty serves its responses, or until June 19, 2015.

NOW, THEREFORE, the Parties stipulate, by and through their undersigned counsel of record, as follows:

1.  AIG Specialty shall respond to the Pending Discovery no later than June 12, 2015, and

2.  Defendant may seek any necessary discovery relief from the Court pursuant to Judge Chen's Civil Standing Order on Discovery no later than seven (7) days after Plaintiff serves its responses, or no later than June 19, 2015.

IT IS SO STIPULATED:

**Page 2**

[PROPOSED] STIPULATED ORDER EXTENDING CHARTIS SPECIALTY INSURANCE
COMPANY'S DEADLINE TO RESPOND AND UNITED STATES OF AMERICA'S DEADLINE TO SEEK
DISCOVERY RELIEF
(CASE NO. CV-13-01527-EMC (MEJ))

| | |
|---|---|
| Dated: May 27, 2015 | GARDERE WYNNE SEWELL LLP |

By:  /s/ Matthew J. Schroeder
     Matthew J. Schroeder
Attorneys for Plaintiff AIG SPECIALTY SPECIALTY INSURANCE COMPANY

Scott L. Davis (*pro hac vice*)
Matthew J. Schroeder (*pro hac vice*)
Colin G. Martin (*pro hac vice*)
1601 Elm Street, Suite 3000
Dallas, TX 75201

WOOD, SMITH, HENNING & BERMAN LLP
DAVID F. WOOD #68063
dwood@wshblaw.com
GREGORY P. ARAKAWA #159023
garakawa@wshblaw.com
1401 Willow Pass Road, Suite 700
Concord, CA 94520-7982
Telephone: (925) 222-3400
Facsimile: (925) 356-8250

**Page 3**

[PROPOSED] STIPULATED ORDER EXTENDING CHARTIS SPECIALTY INSURANCE COMPANY'S DEADLINE TO RESPOND AND UNITED STATES OF AMERICA'S DEADLINE TO SEEK DISCOVERY RELIEF
(CASE NO. CV-13-01527-EMC (MEJ))

Dated: May 27, 2015                          U.S. DEPARTMENT OF JUSTICE,
                                             ENVIRONMENTAL DEFENSE SECTION


                                             By:   /s/ C. Scott Spear
                                                     C. Scott Spear
                                             Attorneys for Defendant UNITED STATES OF
                                             AMERICA

                                             C. Scott Spear, Esq.
                                             Environmental & Natural Resources Division
                                             Environmental Defense Section
                                             U.S. Department of Justice
                                             P.O. Box 7611
                                             Washington, DC 20004-7611
                                             Telephone:(202) 305-1593
                                             Facsimile: (202) 514-8865
                                             Email: scott.spear@usdoj.gov


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated May __27__, 2015

_____
HONORABLE
JUDGE OF
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED* — Judge Edward M. Chen

Gardere01 - 6626018v.1

[PROPOSED] STIPULATED ORDER EXTENDING CHARTIS SPECIALTY INSURANCE
COMPANY'S DEADLINE TO RESPOND AND UNITED STATES OF AMERICA'S DEADLINE TO SEEK
DISCOVERY RELIEF
(CASE NO. CV-13-01527-EMC (MEJ))

**Page 4**