SCOTT L. DAVIS (Pro Hac Vice)
sdavis@gardere.com
MATTHEW J. SCHROEDER (Pro Hac Vice)
mschroeder@gardere.com
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile:  (214) 999-4667

Attorneys for Plaintiff Chartis Specialty Insurance Company

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

C. SCOTT SPEAR
scott.spear@usdoj.gov
JOHN THOMAS H. DO
john.do@usdoj.gov
Environment & Natural Resources Division
Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20004-7611
Telephone: (202) 616-6519
Facsimile:  (202) 514-8865

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTIS SPECIALTY INSURANCE COMPANY, for itself and as subrogee of Whittaker Corporation; and WHITTAKER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. CV-13-01527-EMC (MEJ)<br><br>**[PRO~~POS~~ED] SETTLEMENT ORDER AND PARTIAL JUDGMENT** |

Upon consideration of the Joint Motion to Enter Proposed Consent Decree of plaintiff Chartis Specialty Insurance Company n/k/a AIG Specialty Insurance

Company ("Chartis Specialty") and defendant the United States of America, the Memorandum in Support and other pleadings submitted, as well as the terms of the proposed Consent Decree between Chartis Specialty and the United States (together, "the Parties"), the Court hereby finds that the Parties' proposed Consent Decree is fair and reasonable, both procedurally and substantively, consistent with CERCLA and other applicable law, in good faith, and in the public interest. Accordingly, the foregoing Consent Decree is hereby APPROVED.

As per Paragraph 5(a) of the Consent Decree, the United States is entitled to contribution protection consistent with section 113(f) of CERCLA, 42 U.S.C. § 9613(f), the Uniform Comparative Fault Act, and any other applicable provision of federal or state law, whether by statute or common law, extinguishing the United States' liability as set forth in the Consent Decree.

Upon entry of the Consent Decree, all of Chartis Specialty's claims against the United States, and all of the United States' counterclaims against Chartis Specialty in the above-captioned action, whether alleged in the complaints, or otherwise, shall be dismissed with prejudice, as provided in the Consent Decree.

There being no just reason for delay, this Court directs entry of partial judgment in accordance with the terms of the Consent Decree and this Order. The Parties shall each bear their own costs, expenses, and attorneys' fees.

SIGNED, SO ORDERD, and ENTERED this 21st day of December, 2015.

_____
United States District Judge Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

Gardere01 - 7278329v.2

**[PROPOSED] SETTLEMENT ORDER AND FINAL JUDGMENT – Page 2**